No. 317. MORRIS PLAN INDUSTRIAL BANK *v.* GRAVES ET AL., CONSTITUTING THE STATE TAX COMMISSION. October 12, 1942. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *First National Bank* v. *Louisiana Tax Commission,* 289 U. S. 60, 62–64. The CHIEF JUSTICE took no part in the consideration or decision of this case. *Mr. R. Randolph Hicks* for appellant. *Messrs. John J. Bennett, Jr.,* Attorney General of New York, and *Wendell P. Brown,* Assistant Attorney General, for appellees.